No. 91–6586. DEAN *v.* VETERANS ADMINISTRATION. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider whether Rule 15(c) of the Federal Rules of Civil Procedure, as amended, applies to this case.

No. D–1043. IN RE DISBARMENT OF FRAZER. Disbarment entered. [For earlier order herein, see 502 U. S. 935.]

No. D–1056. IN RE DISBARMENT OF TAUB. Disbarment entered. [For earlier order herein, see 502 U. S. 978.]

No. D–1057. IN RE DISBARMENT OF BERMAN. Disbarment entered. [For earlier order herein, see 502 U. S. 978.]

No. D–1058. IN RE DISBARMENT OF BONNER. Disbarment entered. [For earlier order herein, see 502 U. S. 979.]

No. D–1059. IN RE DISBARMENT OF MARQUARDT. Disbarment entered. [For earlier order herein, see 502 U. S. 1010.]

No. D–1085. IN RE DISBARMENT OF KENNEY. It is ordered that Donald J. Kenney, of Safford, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1086. IN RE DISBARMENT OF NUZZO. It is ordered that Ralph A. Nuzzo, of Fairfield, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1087. IN RE DISBARMENT OF FOX. It is ordered that H. Lawrence Fox, of Alexandria, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1088. IN RE DISBARMENT OF KRAMER. It is ordered that Arnold I. Kramer, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable